IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER DOUCET.<br>[DOB: 12/04/1957]<br><br>Defendant. | Case No. 4:26-00481-01-CR-W-BCW<br><br><u>COUNT ONE</u>:<br>*(False Claim of Citizenship in Order to Register to Vote)*<br>18 U.S.C. § 1015(f)<br>NMT 5 Years' Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years' Supervised Release<br>Class D Felony<br>$100 Mandatory Special Assessment |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

1. Defendant Christopher Doucet is a citizen and national of Canada who emigrated to the United States during his childhood and became a lawful permanent resident.

2. Lawful permanent residents are not allowed to vote in federal elections.

3. Lawful permanent residents are not allowed to vote in state or local elections in Missouri.

4. Doucet knew he was not a United States citizen.

5. Doucet knew he was not allowed to vote.

6. Doucet registered to vote in Jackson County, Missouri on January 30, 2024.

7. On his voter registration card, Doucet answered "Yes" to the question that asked, "Are you a citizen of the United States of America?"

8. On his voter registration card, Doucet signed his name under the certification that read: "I hereby certify that I am a citizen of the United States . . ."

9. The voter registration card contained a warning that a conviction for making a false statement may result in a fine or imprisonment.

10. On April 2, 2024, Doucet voted in a General Municipal Election at the Living Hope Restoration Branch polling place in Independence, Missouri.

COUNT ONE
*(False Claim of Citizenship in Order to Register to Vote)*

11. The allegations contained in paragraphs one through ten of this Indictment are realleged and incorporated by reference.

12. On or about January 30, 2024, in the Western District of Missouri, the defendant, Christopher Doucet, an alien, knowing that he was not a citizen of the United States, knowingly made a false statement or claim to be a citizen of the United States in order to register to vote in a Federal, State, or local election.

All in violation of Title 18, United States Code, Section 1015(f).

A TRUE BILL.

*SIGNATURE ON FILE WITH USAO*
FOREPERSON OF THE GRAND JURY

10/27/2026
DATE

Michael J. Nichols
Special Assistant United States Attorney
Western District of Missouri